IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FABIAN KEITH NOTTO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:18-cv-76-WTM-JEG |
| | ) |
| GLENN CASTRO, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all Parties to this action and file this Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties hereby stipulate that this action should be dismissed with prejudice, with each party to bear their own costs.

Respectfully submitted this 20th day of February, 2019.

| | |
|---|---|
| **FOR PLAINTIFF FABIAN NOTTO:** | PARKS, CHESIN & WALBERT, PC |
| | |
| | /s/ M. Travis Foust |
| | M. Travis Foust |
| 75 14th Street, 26th Floor | Georgia Bar Number: 104996 |
| Atlanta, GA 30309 | tfoust@pcwlawfirm.com |
| (404) 873-8000 | Andrew Y. Coffman |
| (404) 873-8050 FAX | Georgia Bar Number: 173115 |
| | acoffman@pcwlawfirm.com |
| | |
| | MARK ADELMAN, ATTORNEY AT LAW, LLC |
| | |
| | /s/ Mark H. Adelman |
| 127 Abercorn Street, Suite 306 | Mark H. Adelman |
| Savannah, Georgia 31401 | Georgia Bar Number: 004789 |
| (770) 364-7237 | markhadelman@mac.com |

FOR DEFENDANTS FIKES,
GARCIA, KNOOP, LUMPKIN, TOLBERT,
AND THE CITY OF SAVANNAH:          OLIVER MANER LLP

                                   /s/ Jacob D. Massee
218 West State Street              Patrick T. O'Connor
Post Office Box 10186              Georgia Bar Number: 548425
Savannah, GA 31412                 pto@olivermaner.com
(912) 236-3311                     Jacob D. Massee
(912) 236-8725 FAX                 Georgia Bar Number: 551890
                                   jmassee@olivermaner.com


FOR DEFENDANTS COGSWELL
AND CHATHAM COUNTY:                CHATHAM COUNTY
                                   ATTORNEY'S OFFICE

                                   /s/ Jennifer R. Davenport
                                   R. Jonathan Hart
Post Office Box 8161               Georgia Bar Number: 333692
Savannah, GA 31412                 rjhart@chathamcounty.org
(912) 652-7881                     Jennifer R. Davenport
(912) 236-8725 FAX                 Georgia Bar Number: 330328
                                   jdavenport@chathamcounty.org


FOR DEFENDANT GLENN CASTRO:
                                   FISHERBROYLES LLP

                                   /s/ R. Bates Lovett
                                   R. Bates Lovett
35 Barnard Street, Suite 300       Georgia Bar Number: 459568
Savannah, GA 31401                 bates.lovett@fisherbroyles.com
(912) 335-4467

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing and served electronically on the following:

Patrick T. O'Connor, Esq.
Jacob D. Massee, Esq.
Oliver Maner LLP
pto@olivermaner.com
jmassee@olivermaner.com

R. Bates Lovett, Esq.
Fisher Broyles
bates.lovett@fisherbroyles.com

Jennifer R. Davenport, Esq.
Chatham County Attorney's Office
jdavenport@chathamcounty.org

Submitted this 20th day of February, 2019.

PARKS, CHESIN & WALBERT, PC

/s/ M. Travis Foust
M. Travis Foust
Georgia Bar Number: 104996
tfoust@pcwlawfirm.com
Andrew Y. Coffman
Georgia Bar Number: 173115
acoffman@pcwlawfirm.com

75 14th Street, 26th Floor
Atlanta, GA 30309
(404) 873-8000
(404) 873-8050 FAX

MARK ADELMAN, ATTORNEY AT LAW, LLC

/s/ Mark H. Adelman
Mark H. Adelman
Georgia Bar Number: 004789
markhadelman@mac.com

127 Abercorn Street, Suite 306
Savannah, Georgia 31401
(770) 364-7237